```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

CENTURY 21 REAL ESTATE LLC, a
Delaware Limited Liability
Company, formerly known as
Century 21 Real Estate
Corporation,

         Plaintiff,                 CIV. NO. 2:10-2751 WBS GGH

vs.

ALL PROFESSIONAL REALTY, INC., a
California corporation doing
business as CENTURY 21 ALL
PROFESSIONAL; STEVEN M. WRIGHT,
an individual; and CAROL WRIGHT,
an individual,

         Defendants.
_____/


STEVE WRIGHT, CAROL WRIGHT, and
ALL PROFESSIONAL REALTY, INC.,

         Plaintiffs,                CIV. NO. 2:10-2846 FCD GGH

vs.

CENTURY 21 REAL ESTATE LLC, and
DOES 1-100, inclusive,

         Defendant.
_____/
```

1         ----oo0oo----

2         Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because both cases involve the same parties and are based on similar claims resulting from the same business relationship, contract, and/or franchise agreement.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

          The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

          IT IS THEREFORE ORDERED that the actions denominated <u>Century 21 Real Estate LLC v. All Professional Realty, Inc. et al.</u>, Civ. No. 2:10-2751 WBS GGH and <u>Wright et al. v. Century 21 Real Estate LLC et al.</u>, Civ. No. 2:10-2846 FCD GGH, be, and the same hereby are, deemed related and the case denominated <u>Wright et al. v. Century 21 Real Estate LLC et al.</u>, Civ. No. 2:10-2846 FCD GGH, shall be reassigned to the Honorable WILLIAM B. SHUBB and remain with Magistrate Judge Gregory G. Hollows for all further proceedings.  Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Wright et al. v. Century 21 Real Estate LLC et al.</u>, Civ. No. 2:10-2846 WBS GGH.

1       IT IS FURTHER ORDERED that the Clerk of the Court
2  make appropriated adjustment in the assignment of civil cases to
3  compensate for this reassignment.
4  DATED:  October 22, 2010

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE