KAREN M. GOODMAN SBN: 117423
VIRGINIA ROGERS SBN:  258557
GOODMAN & ASSOCIATES
3840 Watt Avenue, Building A
Sacramento, CA  95821
Telephone No:  (916) 643-0600
Facsimile No:    (916) 643-0605

Attorney for Defendants STEVE WRIGHT; CAROL WRIGHT; and ALL PROFESSIONAL REALTY, INC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>     Plaintiff,<br>   vs.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>     Defendants.<br>_____ | **Case No: 2:10-cv-2751 WBS GGH**<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE CONFIDENTIAL DOCUMENT FROM DOCKET AND RE-FILE DOCUMENT UNDER SEAL**<br><br>**Judge: Hon. William B. Shubb** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to United States District Court, Eastern District of California's Local Rules 140 and 143, Plaintiff Century 21 Real Estate, LLC and Defendants All Professional Realty, Inc, Steven M. Wright and Carol Wright, by and through their attorneys of record, hereby stipulate to the removal of Exhibit 2 attached to Steve Wright Declaration in Opposition to Century 21 Real Estate LLC's Motion for Preliminary

Injunction Against Defendants, document number 18, attachment 3. The parties further stipulate that the document, Exhibit 2 to the Steve Wright Declaration, shall be filed under seal. This stipulation and requested order are based on the following:

(1) On November 1, 2010, Plaintiff Century 21 Real Estate LLC filed a Motion for Preliminary Injunction in the instant case, seeking an injunction against Defendants prohibiting them from using the Century 21 name, logo and marks. (Doc. No. 8).

(2) On November 19, 2010, Defendants filed an Opposition to Motion for Preliminary Injunction. (Doc. No. 18). The Opposition was supported by Declarations from Defendants Steve Wright and Carol Wright. Attached to Steve Wright's declaration, as Exhibit 2, were selected excerpts from the Policies and Procedures Manual issued by Century 21. (Doc. No. 18, attach. 3).

(3) The Motion for Preliminary Injunction is currently set to be heard by this Court on December 20, 2010 at 2:00 p.m. before Judge William B. Shubb.

(4) On November 23, 2010, Counsel for Plaintiff contacted Defendants' Counsel and informed her that Century 21 considers the Policies and Procedures Manual ("P&P Manual") to be a trade secret document. Specifically, it is plaintiff's counsel's position that the P&P Manual is both a trade secret as well as confidential commercial information entitled to protection from public disclosure pursuant to Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure.

(5) Specifically, plaintiff's counsel basis its claim that the information is trade secret and/or confidential commercial information on the following evidence. The footer on page 1.1 of the P&P Manual states in pertinent part: "Confidential. No part of this publication may be reproduced or transmitted to any person or entity in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of Century 21". In addition, Section 3.1.5 of the Franchise Agreements signed by the Defendants states in pertinent part: "'Confidential Information'" means information owned or licensed by [Century 21] and involving the operation of the Business, including without limitation, the P&P Manual." Section 3.1.10

of the Franchise Agreements states in pertinent part: "'P&P Manual' means [Century 21's'] confidential manual(s) of policies, procedures, Standards, know-how, business methods and other information relevant to the Business and the System." Section 3.1.14 of the Franchise Agreements states in pertinent part: "System" means the business format and methods developed or licensed by [Century 21] for the promotion and assistance of independently owned and operated real estate brokerage offices, including policies, procedures and techniques designed to enable such offices to compete more effectively in the real estate sales market." Finally, section 4.11 states in pertinent part: "Confidentiality. [Defendants] acknowledge that all of the information [Defendants] now have or obtain in the future regarding the System and the concepts and methods of promotion are part of the System and [Defendants] will treat as confidential all information to disclosed to [Defendants] in confidence. [Defendants] will never directly or indirectly engage in or aid in the misappropriation, disclosure, divulgence or distribution of any part of the System or the concepts and methods of promoting [Century 21's'] franchises. [Defendants] will use such manuals, programs and materials solely in connection with the operation of the Business and [Defendants'] Franchise and will not direct or permit their copying or reproduction without [Century 21's] express prior written consent." Plaintiff's counsel maintains that it did not provide Defendants with oral or written permission to publicly file its P&P Manual. As a result, Plaintiff request that the selected portions of the manual, attached as Exhibit 2 to Steve Wright's declaration, be removed from the public docket.

(6) Due to the representations of Defendant's Counsel that the Century 21 Policies and Procedures Manual is a trade secret document containing confidential commercial and proprietary information, and Counsel's representation that decimation of this information could harm Century 21, Plaintiffs' Counsel stipulates to the removal of the selected excerpts of the document from the docket.

(7) Defense counsel contends that the selected portions of the Policies and Procedures Manual attached to Steve Wright's declaration are relevant to the

Opposition to Motion for Preliminary Injunction filed by Defendants. However, to protect the information contained in the document from being accessible by the general public, the parties further stipulate to the documents being re-filed in this case under seal.

(8) This stipulation to remove Exhibit 2 to Steve Wright's Declaration and have it re-filed in this matter under seal is entered into in good faith, in an effort to protect confidential information, promote the judicial process, and preserve judicial resources.

DATED: November 29, 2010   By: //s// Aaron P. Rudin
Aaron P. Rudin
GORDON & REES
Attorney for Plaintiff
CENTURY 21 REAL ESTATE, LLC
GORDON & REES
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

DATED:   November 29, 2010   By: //s// Virginia Rogers
Virginia G. Rogers (SBN: 258557)
GOODMAN & ASSOCIATES
Attorneys for Defendants
STEVE WRIGHT, CAROL WRIGHT, and
ALL PROFESSIONAL REALTY, INC.
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Phone: (916) 643-0600

**IT IS SO ORDERED.**

DATED: November 30, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE