Attorney Identification
(include State Bar number)
Lisa K. Garner (SBN:155554) Aaron P. Rudin (SBN: 223004)
Gordon & Rees LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071; Tel: (213) 576-5000
Attorney(s) for:
Plaintiff Century 21 Real Estate, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC<br><br>    Plaintiff(s)<br><br>v.<br><br>ALL PROFESSIONAL REALTY, INC. ET AL,<br><br>    Defendants. | NO. CIV. S- 2:10-2751 WBS GGH<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: May 13, 2011

/s/ Aaron P. Rudin
Attorney(s) for Plaintiff(s)
Century 21 Real Estate LLC

/s/ Viginia Cale
Attorney(s) for Defendant(s)
All Professional Realty, Inc., Steve Wright, Carol Wright

IT IS SO ORDERED.

DATED: May 13, 2011

*William B. Shubb* (signature)
UNITED STATES DISTRICT COURT JUDGE
WILLIAM B. SHUBB

RLGY/1064918/9753503v.1

American LegalNet, Inc.
www.FormsWorkFlow.com