1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

----oo0oo----

10

CENTURY 21 REAL ESTATE LLC, a

11 Delaware Limited Liability
Company formerly known as

12 Century 21 Real Estate
Corporation,

13

Plaintiff,                    CIV. NO. 2:10-2751 WBS GGH

14

v.

15

ALL PROFESSIONAL REALTY, INC.,

16 a California corporation doing
business as CENTURY 21 ALL

17 PROFESSIONAL; STEVEN M.
WRIGHT, an individual; and

18 CAROL WRIGHT, an individual,

19

Defendants.

_____/

20

21 STEVE WRIGHT, CAROL WRIGHT and
ALL PROFESSIONAL REALTY, INC.,      CIV. NO. 2:10-2846 WBS GGH

22                                      CONSOLIDATED WITH 2:10-2751

23

Plaintiffs,

v.

24

CENTURY 21 REAL ESTATE LLC,

25 and DOES 1-100, inclusive,

26

Defendant.

_____/

27

CENTURY 21 REAL ESTATE LLC,

28

Plaintiff,                    CIV. NO. 2:11-02497 JAM EFB

1      v.

2   ALL PROFESSIONAL HAWAII REALTY, INC.,
    f/d/b/a Century 21 All Professional,
3   JOHN SHERMAN, STEVE M. WRIGHT, and
    CAROL WRIGHT.
4
            Defendants.
5   _____/

6                  ----oo0oo----

7          Examination of the above-entitled actions reveals that

8   these actions are related within the meaning of Local Rule

9   123(a) because the cases involve substantially similar parties

10  and are based on similar claims.  Accordingly, the assignment of

11  the matters to the same judge is likely to effect a substantial

12  saving of judicial effort and is also likely to be convenient

13  for the parties.

14         The parties should be aware that relating the cases

15  under Local Rule 123 merely has the result that both actions are

16  assigned to the same judge; no consolidation of the actions is

17  effected.  Under the regular practice of this court, related

18  cases are generally assigned to the judge and magistrate to whom

19  the first filed action was assigned.

20         IT IS THEREFORE ORDERED that the actions denominated

21  Century 21 Real Estate LLC v. All Professional Realty, Inc. et

22  al., Civ. No. 2:10-02751 WBS GGH, which has been previously

23  consolidated with Wright et al. v. Century 21 Real Estate LLC et

24  al., Civ. No. 2:10-02846 WBS GGH, and Century 21 Real Estate,

25  LLC v. All Professional Hawaii Realty, Inc. et al., Civ. No.

26  2:11-02497 JAM EFB, be, and the same hereby are, deemed related

27  and the case denominated Century 21 Real Estate, LLC v. All

28  Professional Hawaii Realty, Inc. et al., Civ. No. 2:11-02497 JAM

                            2

1  EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB and

2  Magistrate Gregory G. Hollows for all further proceedings.  Any

3  dates currently set in the reassigned case <u>only</u> are hereby

4  VACATED.  Henceforth, the caption on documents filed in the

5  reassigned case shall be shown as <u>Century 21 Real Estate, LLC v.</u>

6  <u>All Professional Hawaii Realty, Inc. et al.</u>, Civ. No. 2:11-02497

7  WBS GGH.

8          IT IS FURTHER ORDERED that the Clerk of the Court

9  make appropriated adjustment in the assignment of civil cases to

10 compensate for this reassignment.

11 DATED:  September 23, 2011

12

13                          WILLIAM B. SHUBB

14                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              3