LISA K. GARNER (SBN: 155554)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: lgarner@gordonrees.com;
arudin@gordonrees.com
Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALL PROFESSIONAL HAWAII REALTY f/d/b/a Century 21 All Professional; JOHN SHERMAN; STEVE M. WRIGHT, and CAROL WRIGHT,<br><br>Defendants. | CASE NO. 2:10-CV-02751-WBS GGH<br>            2:10-CV-02846-WBS GGH<br>            2:11-CV-02497 WBS GGH<br><br>[**PROPOSED**] ORDER RE: CONSOLIDATION AND CONTINUATION OF TRIAL AND RELATED SCHEDULING DATES |

Based on the grounds set forth in the Stipulation to Consolidate Cases and to Continue Trial and Related Scheduling Dates, and finding good cause therefore, pursuant to Federal Rules of Civil Procedure 42(a)(2) and 16(b)(4), the Court hereby issues the following Order:

A)   The action denominated <u>Century 21 Real Estate LLC v. All Professional Realty, Inc., et al.</u>, Civ. No. 2:10-02751 WBS GGH, which was previously consolidated with the action denominated <u>Wright, et al. v. Century 21 Real Estate LLC</u>, Civ No. 2:10-02846 WBS GGH, shall be consolidated for all purposes with the action denominated <u>Century 21 Real Estate, LLC v. All Professional Hawaii Realty, Inc., et al.</u>, Civ No. 2:11-02497 WBS GGH, and the

disposition will take the form of a single judgment that will apply to all cases. The main case number will now be 2:10-2751 and all documents shall be filed on that docket; however, counsel are instructed to include all case numbers on all filings;

  B) The trial date and related dates in the consolidated actions are hereby vacated and continued from their current dates, and rescheduled as follows:

    1) The Trial date shall be continued until October 30, 2012 at 9:00 a.m. in Courtroom 5;

    2) The Final Pretrial Conference shall be continued until August 20, 2012 at 2:00 p.m. in Courtroom 5;

    3) The deadline for the filing of all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be continued until June 18, 2012;

    4) The deadline to complete all discovery (including the resolution of any discovery disputes) shall be continued until April 17, 2012;

    5) The deadline to disclose experts and produce reports pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be continued until no later than February 15, 2012;

    6) The deadline to disclose rebuttal experts and their reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be continued until no later than March 15, 2012.

    7) The Scheduling Conference date of January 23, 2012 now set for case 2:11-02497 WBS GGH is hereby vacated.

**IT IS SO ORDERED.**

Dated:  October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER RE: CONSOLIDATION AND CONTINUATION OF TRIAL AND RELATED DATES