IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE, LLC,

        Plaintiff,

vs.

ALL PROFESSIONAL REALTY, INC., et al.,

        Defendants.

No. CIV S- 10-2751 WBS GGH
Consolidated with Case Nos.
2:10-cv-2846 WBS GGH and
2:11-cv-2497 WBS GGH

<u>ORDER</u>

The parties have filed a revised stipulated request to continue scheduled dates to permit them the opportunity to participate in mediation in good faith. As stated in this court's previous order granting in part the stipulated request to continue scheduled dates, because the proposed deadlines potentially interfere with the currently scheduled pretrial conference and trial dates[1], the undersigned is unable to approve them. The revised stipulation and proposed order therefore must be brought before the district judge.

\\\\\

---

[1] The proposed dispositive motion filing date runs too close to the pretrial conference insofar as when a hearing is finally held, little time has been given to the district judge to make a decision before the pretrial conference.

1

1  Accordingly, IT IS ORDERED that: the revised stipulation and proposed order to
2 continue pretrial scheduling dates, filed February 16, 2012, (dkt. no. 65), is denied without
3 prejudice.
4 Dated: March 12, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076
Century21.so.den.wpd