KAREN M. GOODMAN SBN: 117423
VIRGINIA CALE SBN:  258557
GOODMAN & ASSOCIATES
3840 Watt Avenue, Building A
Sacramento, CA  95821
Telephone No:  (916) 643-0600
Facsimile No:    (916) 643-0605
kgoodman@goodman-law.com
vcale@goodman-law.com

Attorney for Defendants STEVE WRIGHT; CAROL WRIGHT; ALL PROFESSIONAL REALTY, INC.; and ALL PROFESSIONAL HAWAII REALTY, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>           Plaintiff,<br>     vs.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>           Defendants.<br>_____ | **Case No: 2:10-cv-2751 WBS GGH Consolidated with Case Nos. 2:10-cv-2846 and 2:11-cv-02497**<br><br>**[PROPOSED] ORDER TO REMOVE CONFIDENTIAL DOCUMENTS FROM DOCKET AND RE-FILE DOCUMENTS WITH PRIVATE INFORMATION REDACTED OR UNDER SEAL**<br><br>Judge: Honorable William B. Shubb |

Good cause appearing, the parties' Joint Request to Remove Confidential Documents from the Docket and Re-File Documents Under Seal is **GRANTED.**

1. Exhibit D attached to the Declaration of Jacqueline Bertet in Support of Century 21 Real Estate, LLC's Motion for Summary Adjudication, docket number 88, attachment 6 is ordered removed from the docket and shall be re-filed with the private information redacted;

2. Exhibits 12 attached to Compendium of Exhibits in Support of Defendants All Professional Realty, Inc., All Professional Realty of Hawaii, Inc., Steven

M. Wright and Carol Wright's Opposition to Motion for Summary Adjudication, docket number 101-1, is ordered removed from the docket and shall be re-filed with the private information redacted;

3. Exhibits 15 attached to Compendium of Exhibits in Support of Defendants All Professional Realty, Inc., All Professional Realty of Hawaii, Inc., Steven M. Wright and Carol Wright's Opposition to Motion for Summary Adjudication, docket number 103-1, is ordered removed from the docket and shall be re-filed under seal.

**IT IS SO ORDERED.**

DATED:   August 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE