LISA K. GARNER (SBN: 155554)
AARON P. RUDIN (SBN: 223004)
PAULETTE S. DEPAULO (SBN: 217291)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: lgarner@gordonrees.com
arudin@gordonrees.com

Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>Defendants. | CASE NO. 2:10-CV-02751-WBS-GGH<br>[Consolidated with Case Nos. 2:10-02846 WBS GGH and 2:11-02497 WBS GGH.]<br><br>**ORDER GRANTING PLAINTIFF CENTURY 21 REAL ESTATE LLC'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:     October 9, 2012<br>Time:     2:00 p.m.<br>Place:    5 – 14th Floor<br>Before:   Honorable William B. Shubb |

Upon review of Plaintiff Century 21 Real Estate LLC's request for telephonic appearance, the Court has granted Plaintiff's request to appear by telephone at this hearing. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED:

Dated:   September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE
CASE NO. 2:10 CV 2751

RLGY/1064918/13704258v.1