Gordon & Rees LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>Defendants. | CASE NO. 2:10-CV-02751-WBS-GGH<br>[Consolidated with Case Nos. 2:10-02846 WBS GGH and 2:11-02497 WBS GGH.]<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE STIPULATION OF THE PARTIES**<br><br>Date:     October 9, 2012<br>Time:    2:00 p.m.<br>Place:    5 – 14th Floor<br>Before:  Honorable William B. Shubb<br><br>[Filed concurrently with Stipulation of the Parties] |

-1-

**ORDER GRANTING MOTION FOR ATTORNEY FEES AND COSTS**
CASE NO. 2:10 CV 2751

RLGY/1064918/13466429v.1

Pursuant to the Stipulation of the Parties, this Court hereby GRANTS the Motion of Plaintiff Century 21 Real Estate, LLC ("Century 21") for Attorney Fees and Costs. Century 21 is awarded $292,526.31 in fees and costs as against Defendants All Professional Realty, Inc., All Professional Hawaii Realty, Inc., Steven Wright, and Carol Wright, jointly and severally.

IT IS SO ORDERED:

Dated:   September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:
LISA K. GARNER  (SBN:  155554)
AARON P. RUDIN (SBN: 223004)
PAULETTE S. DEPAULO (SBN: 217291)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
E-mail: lgarner@gordonrees.com
arudin@gordonrees.com
Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC