Gordon & Rees LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>Defendants. | CASE NO. 2:10-CV-02751-WBS-GGH [Consolidated with Case Nos. 2:10-02846 WBS GGH and 2:11-02497 WBS GGH.]<br><br>**JUDGMENT ON ATTORNEY FEES AND COSTS** |

Pursuant to the Stipulation of the Parties, this Court granted the Motion of Plaintiff Century 21 Real Estate, LLC ("Century 21") for Attorney Fees and Costs and awarded Plaintiff Century 21 fees and costs in the amount of $292,526.31 against Defendants All Professional Realty, Inc., All Professional Hawaii Realty, Inc., Steven Wright and Carol Wright, jointly and severally.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

That judgment be entered in favor of Century 21 Real Estate, LLC and against Defendants All Professional Realty, Inc., All Professional Hawaii Realty, Inc., Steven Wright and Carol Wright, jointly and severally, in the amount of $292,526.31, with interest at the rate of

10% per annum until paid in full.

IT IS SO ORDERED:

Dated: September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:
LISA K. GARNER (SBN: 155554)
AARON P. RUDIN (SBN: 223004)
PAULETTE S. DEPAULO (SBN: 217291)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: lgarner@gordonrees.com
arudin@gordonrees.com
Attorneys for Plaintiff
CENTURY 21 REAL ESTATE LLC