LISA K. GARNER (SBN: 155554)
AARON P. RUDIN (SBN: 223004)
PAULETTE S. DEPAULO (SBN: 217291)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: lgarner@gordonrees.com;
arudin@gordonrees.com

Attorneys for Plaintiff and Counter-Defendant
CENTURY 21 REAL ESTATE LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>Defendants. | CASE NO. 2:10-CV-02751-WBS-GGH<br>[Consolidated with Case Nos. 2:10-02846 WBS GGH and 2:11-02497 WBS GGH.]<br><br>**ORDER AUTHORIZING RELEASE OF BOND BY PLAINTIFF CENTURY 21 REAL ESTATE LLC** |

On January 21, 2011, this Court granted Plaintiff CENTURY 21 REAL ESTATE LLC's ("Plaintiff and Counter-Defendant") Preliminary Injunction against defendants STEVEN M. WRIGHT, CAROL WRIGHT, and ALL PROFESSIONAL REALTY, INC. (hereinafter collectively referred to as "Defendants and Counterclaimants"). (Document 28, Memorandum and Order Re: Motions for a Preliminary Injunction, a copy of which is attached hereto as Exhibit 1.)

-1-

1    Pursuant to the Court's Order dated January 21, 2011, Defendants and Counterclaimants were enjoined from further unauthorized use of Century 21's Marks, as defined in the franchise agreements, pending final hearing on the merits of the parties' claims.  (Exhibit 1, Document 28, p. 31.)

    Additionally, pursuant to the Court's Order dated January 21, 2011, the preliminary injunction became effective upon the posting of valid security in the amount of $100,000 by Plaintiff and Counter-Defendant.  *Id.*   On January 31, 2011, Plaintiff filed a copy of the Bond it had properly posted in the amount of $100,000.00 in compliance with the Court Order dated January 21, 2011.  (Document 29, Plaintiff's Notice of Posting Bond, a copy of which is attached hereto as Exhibit 2.)

    Thereafter, Plaintiff and Counter-Defendant filed a Motion for Summary Adjudication against Defendants and Counterclaimants.  On August 8, 2012, the Court issued its August 8, 2012 Memorandum & Order Regarding Century 21's Motion For Summary Adjudication setting forth its findings of fact and conclusions of law in this action, granting Plaintiff and Counter-Defendant's Motion for Summary Adjudication, including granting Plaintiff's request for a permanent injunction.  (Court Document No. 115.)  On August 14, 2012, Century 21 requested dismissal of its remaining claims for relief in the Consolidated Actions (Case Nos. 2:10-02751 WBS-GGH, 2:10-02846 WBS GGH and 2:11-02497 WBS GGH) and requested that Judgment be entered in accordance with the Court's August 8, 2012 Order.   On August 16, 2012, this Court entered Judgment for Plaintiff and Counter-Defendant in this action.   (Court Document No. 118.)

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Bond posted by Plaintiff and Counter-Defendant in this action shall be released and dismissed effectively immediately.

**IT IS SO ORDERED.**

Dated:  September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071