UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>      Defendants.<br>_____/ | NOS. CIV. 2:10-2751 WBS GGH<br>          2:10-2846 WBS GGH<br>          2:11-2497 WBS GGH<br>          CONSOLIDATED<br><br><u>ORDER</u> |

----oo0oo----

Defendants Steven and Carol Wright ("the Wrights"), now proceeding <u>pro se</u>, move for an extension of time to file their brief and the record on appeal. On September 17, 2012, defendants filed a Notice of Appeal with this court. (<u>See</u> Joint Notice of Appeal (Docket No. 123).) "Once a notice of appeal is filed, the district court loses jurisdiction over a case."

1

1  <u>United States v. Sadler</u>, 480 F.3d 932, 941 (9th Cir. 2007).  Any
2  request to extend the briefing schedule or time to file the
3  record must be directed to the United States Court of Appeals for
4  the Ninth Circuit.  <u>See</u> Ninth Cir. Rule 31-2.2(a) and (b).
5           IT IS THEREFORE ORDERED that defendants' motion for an
6  extension of time to file their brief and record on appeal be,
7  and the same hereby is, DENIED.
8  DATED:  December 21, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE