Law Offices of
**BRET R. ROSSI**
State Bar #114569
2214 U Street
Sacramento, California, 95818
voice 916-442-6200
fax 916-473-7147
bret@bretrossi.com

Attorney for Carol Wright,
Steven Wright, and All Professional Realty, Inc.,
dba Century 21 All Professional

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual,<br><br>　　　　　Defendants. | Case No.: 2:10-CV-02751-WBS-GGH<br>[Consolidated with Case Nos. 2:10-02846 WBS GGH and 2:11-02497 WBS GGH.]<br><br>**ORDER GRANTING EX-PARTE APPLICATION AND REQUEST FOR LEAVE TO SHORTEN TIME TO HEAR EX-PARTE APPLICATION TO QUASH WRIT OF EXECUTION OR IN THE ALTERNATIVE UPHOLD CLAIM OF EXEMPTION**<br><br>DATE:　　January 28, 2013<br>TIME:　　2:00 p.m.<br>CRTRM:　5, Floor 14<br>PLACE:　 US District Court<br>　　　　　501 I Street<br>　　　　　Sacramento CA 95814 |

　　　The Court having considered the Ex-Parte Application and Request for Leave to Shorten Time to Hear Ex-Parte Application to Quash Writ of Execution or in the Alternative Uphold Claim of Exemption, the Affidavit of Bret R. Rossi and the Stipulation by both parties, hereby grants the Ex-Parte Application and Request for Leave to Shorten Time.

　　　IT IS SO ORDERED that the court shall hear the application on January 28,

/ / /

1  2013 at 2:00 p.m. in Courtroom 5, with the Honorable William Shubb presiding.

2  DATED: January 23, 2013

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE