1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company formerly known as Century 21 Real Estate Corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALL PROFESSIONAL REALTY, INC., a California corporation doing business as CENTURY 21 ALL PROFESSIONAL; STEVEN M. WRIGHT, an individual; and CAROL WRIGHT, an individual, )<br><br>Defendants. ) | Case No.: 2:10-CV-02751-WBS-GGH [Consolidated with Case Nos. 2:10-02846 WBS GGH and 2:11-02497 WBS GGH.]<br><br>**ORDER GRANTING MOTION TO QUASH WRIT OF EXECUTION OR IN THE ALTERNATIVE UPHOLD CLAIM OF EXEMPTION** |

10
11
12
13
14
15
16
17
18
19

20      This motion came on for hearing on February 4, 2013 at 2:00 p.m.  Bret R. Rossi

21  from the Law Offices of Bret R. Rossi appeared on behalf of the moving party and

22  Defendants, All Professional Realty, Inc., Carol Wright, and Steven M. Wright (collectively

23  the "Defendants").  Aaron Rudin from Gordon & Rees, LLP appeared on behalf of the

24  Plaintiff, Century 21 Real Estate, LLC ("Century 21").

25      Based upon the evidence submitted and upon the testimony of Tami Wright at the

26  hearing, the court finds that the money levied upon in the All Professional Realty, Inc. dba

27  Century 21Property Management Trust Account at American River Bank are trust funds

28  and thereby exempt from execution pursuant to California Financial Code section 17410(a)

1   and Code of Civil Procedure section 695.030.

2         IT IS THEREFORE ORDERED that the claim of exemption is hereby sustained and

3   that the funds that were delivered to the United States Marshal by American River Bank

4   are hereby ordered to be immediately returned to American River Bank and deposited into

5   the All Professional Realty, Inc., dba Century 21 Property Management Trust Account

6   forthwith.

7   DATED:  February 4, 2013

8

9   WILLIAM B. SHUBB

10  UNITED STATES DISTRICT JUDGE

---

2
Order Granting Motion to Quash Writ of Execution
or in the Alternative Uphold Claim of Exemption