UNITED STATES MARSHALS SERVICE
501 I STREET, SUITE 5-600
SACRAMENTO, CA 95814

RETURN ON ATTACHMENT/EXECUTION

Case Name: CENTURY 21 REAL ESTATE V. ALL PROFESSIONAL REALTY INC
Case No.: 2:10-CV-02751-WB5-GGH

I, the undersigned deputy of the United States Marshals Service, hereby certify that I received the annexed writ on the date endorsed thereon by me, and that I was instructed by the creditor's attorney or the creditor if the creditor has no attorney, to levy upon the property described as follows:

☐ No description given    XX See attached return    ☐ See attached notice(s)

My proceedings under the writ, and return thereon, are checked below:

☐   Writ returned without service: I certify that I returned the writ without service for the following reason:

    ☐ So instructed by creditor or creditor's attorney
    ☐ Unable to execute the same before turn date
    ☐ Other Reasons: _____

☐   Levy on personal property: I certify that I did levy upon the above described property on _____, 20___, by taking it into my custody.

☐   Notice filed with secretary of state department of motor vehicles, or department of housing and community development:

    ☐ Secretary of State    ☐ Department of Motor Vehicles    ☐ Department of Housing and Community Development

X   Collection of Money: Proceeds were received in a lump sum on:

Proceeds were received periodically as follows:

| (Amount) | (Date) | (Amount) | (Date) |
|---|---|---|---|
| $9196.25 | 01/04/2013 | 214004.63 | 01/23/2013 |
| $57881.85 | 01/23/2013 | | |

I hereby return this writ:
☐ unsatisfied with added costs of $_____
X partially satisfied in the sum of $ 281082.73
☐ wholly satisfied.

A copy of the writ and notice of attachment/levy was served on the defendant/judgment debtor at the address shown on the writ. Copies were also served on other person requiring notice.
☐ If checked a list of exemptions were also served on the judgment debtor.

Date: 5/11/2016
At: Sacramento, CA

Deputy Signature: /s/ Frank Newsom
Print: Frank Newsom

[FILED MAY 11 2016 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA]

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Century 21 Real Estate, LLC | 2:10-CV-02751-WBS-G |
| DEFENDANT | TYPE OF PROCESS |
| All Professional Realty, Inc., et al. | Service of Writ of Proce |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
➤ Central Valley Community Bank (All accounts held by Steven  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) and Carol  
AT 2339 Gold Meadow Way, Suite 100, Gold River, CA 95670  Wrig

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Century 21 Real Estate, LLC  
c/o Gordon & Rees, LLP, Paulette S. DePaulo  
633 W. Fifth St., Ste. 5200  
Los Angeles, CA 90071

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Telephone # (916) 859-2550

**FILED**  
MAY 1 1 2016  
CLERK, U.S. DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA  
BY _____ DEPUTY CLERK

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (213) 576.5000 | DATE 12/12/12 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 097 | District to Serve No. 097 | Signature of Authorized USMS Deputy or Clerk JQD | Date 12/14/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
Heather Mills - V.P.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 1-9-13  Time 10:40 am  
Signature of U.S. Marshal or Deputy

| Service Fee 55.00 | Total Mileage Charges (including endeavors) 20.72 | Forwarding Fee 16.00 | Total Charges 91.72 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

16 mail

REMARKS:  
I have served the judgment debtor with the writ of execution, notice of levy with the info for judgment debtor, and a list of exemptions for the enforcement of judgment, by first class mail.  _____ 1-9-13  
Deputy Signature                                                            Date

PRIOR EDITIONS  1  CLERK OF THE COURT  FORM USM-285 (Rev. 12/15/80)